UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KELLY ERICKSON,<br><br>               Plaintiff,<br><br>    v.<br><br>ELLIOTT BAY ADJUSTMENT<br>COMPANY, INC., et al.,<br><br>               Defendants. | CASE NO. C16-0391JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The parties notified the court that they have resolved this matter in principle. (*See* Status Report (Dkt. # 25).) Accordingly, the court sets a deadline of July 31, 2017, for

//

//

//

MINUTE ORDER - 1

the parties to file a joint motion for preliminary approval of the class action settlement. *See* Fed. R Civ. P. 23(e).

Filed and entered this 27th day of June, 2017.

WILLIAM M. MCCOOL
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk