THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KELLY ERICKSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ELLIOT BAY ADJUSTMENT COMPANY, INC. and JOHN DOES 1-25,<br><br>Defendants. | Case No. 2:16-cv-00391-JLR<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION TO DECERTIFY CLASS |

THIS MATTER has come before the Court upon the parties' Joint Motion to Decertify Class. The Court being fully advised and having specifically reviewed the following:

1. Joint Motion to Decertify Class;
2. Declaration of Derrick A. De Vera in Support of Joint Motion to Decertify Class;
3. Declaration of Ian Sandler;
4. _____; and
5. _____.

The COURT, having heard arguments from counsel, HEREBY GRANTS the parties' Joint Motion to Decertify Class.

(PROPOSED) ORDER GRANTING JOINT MOTION
CASE NO. 2:16-CV-00391-JLR - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206.622.1711

PDX\128681\203611\DDV\21202030.1

DONE IN OPEN COURT this 10th day of August, 2017.

_____
JAMES L. ROBART
United States District Judge

Jointly Presented By:

CONCORD LAW, P.C.

By: /s/ Ryan Pesicka, per authorization
Ryan Pesicka, WSBA #48182
Email: ryan@concordlawseattle.com
6608 216th Street SW, Suite 107A
Mountlake Terrace, WA 98043
Tel: 206.512.8029
*Attorneys for Plaintiff*


MARCUS & ZELMAN, LLC

By: /s/ Ari Marcus, per authorization
Ari Marcus (Admitted Pro Hac Vice)
Email: ari@marcuszelman.com
1500 Allaire Avenue, Suite 101
Ocean, NE 07712
Tel: 732.695.3282
*Attorneys for Plaintiff*


SCHWABE, WILLIAMSON & WYATT, P.C.

By: /s/ Derrick A. De Vera
Christopher H. Howard, WSBA #11074
Email: choward@schwabe.com
Derrick A. De Vera, WSBA #49954
Email: ddevera@schwabe.com
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Tel: (206) 622-1711
*Attorneys for Defendant*

(PROPOSED) ORDER GRANTING JOINT MOTION
CASE NO. 2:16-CV-00391-JLR - 2

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206.622.1711

PDX\128681\203611\DDV\21202030.1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of August, 2017, I caused to be served the foregoing (PROPOSED) ORDER GRANTING JOINT MOTION TO DECERTIFY CLASS on the following parties via United States District Court – Western District of Washington's Electronic Case Filing System ("ECF") at the following addresses:

Ryan Pesicka, WSBA #48182
Concord Law, P.C.
6608 216th St. SW, Suite 107A
Mountlake Terrace, WA 98043
Email: ryan@concordlawseattle.com
Tel: (206) 512-8029
Fax: (206) 512-8914
*Attorneys for Plaintiff*

Ari Marcus
(Admitted Pro Hac Vice)
Marcus & Zelman, LLC
1500 Allaire Avenue, Suite 101
Ocean, NJ 07712
Email: ari@marcuszelman.com
Tel: (732) 695-3282
*Attorneys for Plaintiff*

SCHWABE, WILLIAMSON & WYATT, P.C.

By: /s/ Derrick A. De Vera
Christopher H. Howard, WSBA #11074
Email: choward@schwabe.com
Derrick A. De Vera, WSBA #49954
Email: ddevera@schwabe.com
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Tel: (206) 622-1711
Fax: (206) 292-0460
*Attorneys for Defendant, Elliott Bay Adjustment Company, Inc.*

CERTIFICATE OF SERVICE - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
U.S. Bank Centre
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone 206-622-1711

PDX\128681\203611\DDV\21202030.1